**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-01332-LTB-CBS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SCHIELD MANAGEMENT COMPANY and
MARSHALL L. SCHIELD,

    Defendants.

_____

ORDER AMENDING JUDGMENT
_____

The Securities and Exchange Commission has moved to amend the final judgment in this matter. For good cause shown, that motion is GRANTED.

Section II. of the Final Judgment is amended as follows:

II.

ORDERED that Marshall L. Schield pay the remaining $22,500 of the civil money penalty, originally ordered in the amount of $75,000 pursuant to Section 209(e)(2)(B) of the Investment Advisers Act. Shield shall pay $11,250 on or before May 31, 2006 and shall pay $11,250, plus any remaining post judgment interest, on or before August 31, 2006. All payments shall be made by certified check, bank cashier's check, or United States postal

money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Marshall L. Schield as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. A copy of each payment and accompanying letter shall be sent to Polly Atkinson, Securities and Exchange Commission, 1801 California Street, Suite 1500, Denver, Colorado 80305.

Section III. of the Final Judgment is amended as follows:

III.

ORDERED that Schield Management Company pay the remaining $35,000 of the civil money penalty, originally ordered in the amount of $100,000 pursuant to Section 209(e)(2)(B) of the Investment Advisers Act. Schield Management Company shall pay $17,500 on or before May 31, 2006 and shall pay $17,500, plus any remaining post judgment interest, on or before August 31, 2006. All payments shall be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Schield Management Company as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.

Sections I, IV and V of the Final Judgment remain in full force and effect.

Dated:   March 7, 2006

                                       s/Lewis T. Babcock
                                       Lewis T. Babcock
                                       Chief Judge, United States District Court

Approved as to form:

　/s/ Nathan D. Simmons
Nathan D. Simmons
Jones & Keller
1625 Broadway, Suite 1600
Denver, CO  80202

Respectfully submitted,

　/s/ Polly Atkinson
Polly Atkinson
Robert M. Fusfeld

Counsel for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202
(303) 844-1000